UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X
:
HAROLD CHARYCH,                                                          :
:                    Case No. 2:17-cv-00468 (JS) (GRB)
                                Plaintiff,                               :
:
           v.                                                            :    **DEFENDANT SKIDATA AG'S**
:    **RULE 7.1 DISCLOSURE**
SIRIUSWARE, INC.,                                                        :    **STATEMENT**
    United States subsidiary of a United Kingdom entity;                 :
ACCESSO TECHNOLOGY GROUP, PLC,                                           :
     United Kingdom parent entity of SIRIUSWARE,                         :
    INC.;                                                                :
AXESS NORTH AMERICA, LLC                                                 :
    United States subsidiary of an Austrian entity                       :
AXESS INTERNATIONAL, AG                                                  :
    Austrian parent entity of AXESS NORTH                                :
    AMERICA, LLC                                                         :
ACTIVE NETWORK, LLC                                                      :
    Formerly Resort Technology Partners, LLC                             :
VISTA EQUITY PARTNERS, LLC                                               :
    Parent company of Active Network, LLC                                :
SKIDATA, INC.                                                            :
    United States subsidiary of an Austrian entity                       :
SKIDATA, AG                                                              :
    Austrian parent entity of SKIDATA, INC.                              :
:
                                Defendants.                              :
:
-------------------------------------------------------------------------X

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant SKIDATA AG, by its attorneys, K&L Gates LLP, hereby discloses and certifies as follows:

SKIDATA AG states that it wholly owned by Kudelski S.A.

SKIDATA AG acknowledges that it is obligated to promptly file a supplemental statement upon any change in the information that this statement requires.

1050375173 v1

- 2 -

Dated: New York, New York

August 3, 2017

                              Respectfully submitted,

                              /s/ Thomas A. Warns
                              Thomas A. Warns
                              K&L GATES LLP
                              599 Lexington Avenue
                              New York, New York 10022
                              (212) 536-3900
                              Email: tom.warns@klgates.com

                              *Attorneys for Defendants SKIDATA, INC., and SKIDATA AG*

To: Plaintiff and all Counsel of Record via CM/ECF