UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Harold Charych,<br><br>    Plaintiff,<br><br>  -against-<br><br>Siriusware, Inc.; Accesso Technology Group, PLC; Axess North America, LLC; Axess International, AG; Active Network, LLC; Vista Equity Partners, LLC; SKIDATA, Inc.; SKIDATA, AG,<br><br>    Defendants. | No. 2:17-cv-00468-JS-GRB |

**PLEASE TAKE NOTICE** that Defendants Active Network, LLC ("Active") and Vista Equity Partners, LLC ("Vista") do not oppose Plaintiff's Cross-Motion to Amend (Dkt. 58). The proposed Third Amended Complaint does not cure any of the deficiencies raised in Active and Vista's Memorandum of Law in Support of their Motion to Dismiss (Dkt. 54-1). Accordingly, Active and Vista shall further address these deficiencies and the allegations in the Second Amended Complaint and the proposed Third Amended Complaint in their forthcoming Reply in Further Support of their Motion to Dismiss, due October 27, 2017 by order of this Court.

Dated:  New York, New York
   October 18, 2017

                /s/ Matthew Solum
                Matthew Solum, P.C.
                Alex Stone Zuckerman
                KIRKLAND & ELLIS LLP
                601 Lexington Avenue
                New York, New York  10022
                Telephone: (212) 446-4800
                Facsimile: (212) 446-4900
                matthew.solum@kirkland.com

                *Counsel for Active Network, LLC and Vista Equity Partners, LLC*