UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

----------------------------------------------------------------------------------X
                                              :

HAROLD CHARYCH and                                                       :
MOUNTAIN PASS SYSTEMS, LLC,                                              :   Case No. 2:17-cv-00468 (JS)(GRB)
                                                                         :
                       Plaintiffs,                         :
                                                                         :   **DEFENDANT SKIDATA INC.'S**
      - against -                                                :   **SUPPLEMENTAL RULE 7.1**
                                                                         :   **CORPORATE DISCLOSURE**
                                                                         :   **STATEMENT**
(1) SIRIUSWARE, INC.,                                                    :
    United States subsidiary of a United Kingdom entity;                :
(2) ACCESSO TECHNOLOGY GROUP, PLC,                                       :
    United Kingdom parent entity of SIRIUSWARE, INC.;                   :
(3) AXESS NORTH AMERICA, LLC                                             :
    United States subsidiary of an Austrian entity                      :
(4) AXESS, AG                                                           :
    Austrian parent entity of AXESS NORTH AMERICA, LLC                  :
(5) ACTIVE NETWORK, LLC                                                  :
    Formerly Resort Technology Partners, LLC                            :
(6) VISTA EQUITY PARTNERS, LLC                                           :
    Parent company of Active Network, LLC                               :
(7) SKIDATA, INC.                                                        :
    United States subsidiary of an Austrian entity                      :
(8) SKIDATA, AG                                                         :
    Austrian parent entity of SKIDATA, INC.                             :
                                                                         :
                       Defendants.                         :
                                                                         :
----------------------------------------------------------------------------------X

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant SKIDATA,

Inc., by its attorneys, K&L Gates LLP, hereby discloses and certifies as follows:

Pursuant to an internal corporate reorganization, SKIDATA, Inc. is now a wholly-

owned subsidiary of Nagra USA, Inc. Nagra USA, Inc. is a wholly-owned subsidiary of Kudelski

S.A.

SKIDATA, Inc. acknowledges that it is obligated to promptly file a supplemental

statement upon any change in the information that this statement requires.

Dated:       New York, New York

             November 15, 2017

                                        Respectfully submitted,

                                        /s/ Thomas A. Warns
                                        Thomas A. Warns
                                        K&L GATES LLP
                                        599 Lexington Avenue
                                        New York, New York 10022
                                        (212) 536-3900
                                        Email: tom.warns@klgates.com

                                        *Attorneys for Defendants SKIDATA, INC., and
SKIDATA AG*

To: All counsel of record via CM/ECF

- 2 -