UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------X
HAROLD CHARYCH and
MOUNTAIN PASS SYSTEMS, LLC,

                Plaintiffs,

   - against -

(1) SIRIUSWARE, INC.,
United States subsidiary of a United Kingdom entity;
(2) ACCESSO TECHNOLOGY GROUP, PLC,
United Kingdom parent entity of SIRIUSWARE, INC.;
(3) AXESS NORTH AMERICA, LLC
United States subsidiary of an Austrian entity
(4) AXESS, AG
Austrian parent entity of AXESS NORTH AMERICA, LLC
(5) ACTIVE NETWORK, LLC
Formerly Resort Technology Partners, LLC
(6) VISTA EQUITY PARTNERS, LLC
Parent company of Active Network, LLC
(7) SKIDATA, INC.
United States subsidiary of an Austrian entity
(8) SKIDATA, AG
Austrian parent entity of SKIDATA, INC.

                Defendants.
--------------------------------------------------------X

**JUDGMENT**
CV 17-468 (JS) (GRB)

      An Electronic Order of Honorable Joanna Seybert, United States District Judge, having been filed on September 25, 2018, adopting in its entirety the July 30, 2018 Report and Recommendation of United States Magistrate Judge Gary R. Brown, granting Defendants' motions to dismiss, dismissing Plaintiffs' claims with prejudice, and directing the Clerk of the Court to enter judgment accordingly and to mark this case closed, it is

      **ORDERED AND ADJUDGED** that Plaintiffs Harold Charych and Mountain Pass Systems, LLC nothing of Defendants Siriusware, Inc., Accesso Technology Group, PLC, Axess North America, LLC, Axess, AG, Active Network, LLC, Vista Equity Partners, LLC, Skidata, Inc., and Skidata, AG: that Defendants' motions to dismiss are granted; that Plaintiffs' claims are dismissed with prejudice; and that this case is hereby closed.

Dated: Central Islip, New York
September 25, 2018

                                                          DOUGLAS C. PALMER
                                                          CLERK OF THE COURT
                                                 By:    /s/ James J. Toritto
                                                          Deputy Clerk